UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:25-cr-00014-MTK |
| v. | INFORMATION |
| KEVIN SILVERIA RODRIGUEZ, | 18 U.S.C. § 2252A(a)(5)(B) |
| Defendant. | FORFEITURE ALLEGATION |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT 1
**(Possession of Child Pornography)**
**(18 U.S.C. § 2252A(a)(5)(B))**

On or about January 14, 2022, in the Northern District of Georgia, defendant **KEVIN SILVERIA RODRIGUEZ**, knowingly and unlawfully possessed child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained a visual depiction of a minor engaged in sexually explicit conduct, such image having been mailed, shipped, and transported in or affecting interstate and foreign commerce by any means, including by computer;

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B).

## CRIMINAL FORFEITURE ALLEGATION

Upon conviction of the offense listed above, defendant **KEVIN SILVERIA RODRIGUEZ** shall forfeit to the United States, pursuant to 18 U.S.C. § 2253, one Black Apple iPhone seized by law enforcement on January 14, 2022, as well as any and all matters which contain visual depictions produced, transported, shipped, distributed, or possessed in violation thereof, and any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violation.

Dated: January 15, 2025

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Joseph H. Huynh*
JOSEPH H. HUYNH
Assistant United States Attorney